IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 05C 0208 |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | COMPLAINT JUDGE ZAGEL |
| SIDLEY AUSTIN BROWN & WOOD, | ) ) | DOCKETED |
| Defendant. | ) ) ) | JURY DEMAND JAN 1 4 2005 |

MAGISTRATE JUDGE ASHMAN

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to a class of attorney employees who were adversely affected by such practices. The Commission alleges that Defendant violated the ADEA by maintaining and implementing an age-based retirement policy and by downgrading or expelling a class of attorney employees age 40 years and older on account of their age in or about October 1999.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.



## PARTIES

2. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

3. At all relevant times, Defendant Sidley Austin Brown & Wood ("Defendant" or "Defendant Employer"), a Delaware limited liability partnership and its affiliates, which include an Illinois limited liability partnership, an English general partnership, and a New York general partnership, has been continuously doing business in the City of Chicago, State of Illinois, and has continuously had at least twenty (20) employees.

4. At all relevant times, Defendant has been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

5. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

6. Defendant Employer has engaged in unlawful employment practices nationwide, in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a):

(A) In maintaining and implementing, since at least 1978, an age-based retirement policy, Defendant Employer has discriminated against a class of attorney employees on account of their age in violation of the ADEA. The class of persons aggrieved includes Defendant Employer's attorney employees age 40 and older who were adversely affected by the retirement policy.

(B) Defendant Employer has discriminated against a class of attorney employees age 40 and older by downgrading or expelling them on account of their age in or about October 1999 in violation of the ADEA.

7. The effect of the practices complained of in paragraph 6 above has been to deprive a class of attorney employees age 40 and older of equal employment opportunities and otherwise adversely affect their status as employees, because of their age.

8. The unlawful employment practices complained of in paragraphs 6 and 7 above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant Employer to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief

necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement and complete restoration of a class of employees over the age of 40 to the status of "partner" which they, respectively, occupied previously, or in the alternative front pay, as well as, back pay, prejudgement interest, the value of lost benefits and liquidated damages.

    D.    Grant such further relief as the Court deems necessary and proper in the public interest.

    E.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,

Eric Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Gregory Gochanour
Supervisory Trial Attorney

Deborah L. Hamilton
Laurie Elkin
Trial Attorneys

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7649

5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE ZAGEL
MAGISTRATE JUDGE ASHMAN

# Civil Cover Sheet  05C 0208

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

County of Residence:

Plaintiff's Atty: Deborah L. Hamilton
Equal Employment Opportunity Commission
500 W. Madison, Suite 2800,
Chicago, IL 60661
312-353-7649

**Defendant(s):** SIDLEY AUSTIN BROWN & WOOD

County of Residence:

Defendant's Atty: Paul Grossman
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street,
25th Floor, Los Angeles, CA 90071
(213) 683-6203

DOCKETED JAN 1 4 2005

II. Basis of Jurisdiction: **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff: - N/A
    Defendant: - N/A

IV. Origin: **1. Original Proceeding**

V. Nature of Suit: **442 Employment**

VI. Cause of Action: **To correct unlawful employment practices on the basis of age. Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 616(b) (the "ADEA"), wich incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.**

VII. Requested in Complaint
    Class Action: **Yes**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _/s/ Deborah Hamilton_

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm     1/12/2005

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JUDGE ZAGEL

MAGISTRATE JUDGE ASHMAN

In the Matter of

Equal Employment Opportunity Commission

v.

Sidley Austin Brown & Wood

Case Number: 05C 0208

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| (A) | (B) |
|---|---|
| SIGNATURE: *Deborah L. Hamilton* | SIGNATURE: *Laurie S. Elkin* |
| NAME: Deborah L. Hamilton | NAME: Laurie S. Elkin |
| FIRM: Equal Employment Opportunity Commission | FIRM: Equal Employment Opportunity Commission |
| STREET ADDRESS: 500 West Madison, Suite 2800 | STREET ADDRESS: 500 West Madison, Suite 2800 |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: Chicago, IL 60661 |
| TELEPHONE: 312-353-7649 | FAX: 312-353-8555 | TELEPHONE: 312-353-7726 | FAX: 312-353-8555 |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 062698941 | IDENTIFICATION NUMBER: ARDC No. 06210523 |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? NO ☑ |
| TRIAL ATTORNEY? YES ☑ | TRIAL ATTORNEY? YES ☑ |
| | DESIGNATED AS LOCAL COUNSEL? |

| (C) | (D) |
|---|---|
| SIGNATURE: *Gregory M. Gochanour* | SIGNATURE: *John C. Hendrickson* |
| NAME: Gregory M. Gochanour | NAME: John C. Hendrickson |
| FIRM: Equal Employment Opportunity Commission | FIRM: Equal Employment Opportunity Commission |
| STREET ADDRESS: 500 West Madison, Suite 2800 | STREET ADDRESS: 500 West Madison, Suite 2800 |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: Chicago, IL 60661 |
| TELEPHONE: 312-886-9124 | FAX: 312-353-8555 | TELEPHONE: 312-353-8551 | FAX: 312-353-8555 |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 06210804 | IDENTIFICATION NUMBER: ARDC No. 01187589 |
| MEMBER OF TRIAL BAR? YES ☑ | MEMBER OF TRIAL BAR? YES ☑ |
| TRIAL ATTORNEY? YES ☑ | TRIAL ATTORNEY? YES ☑ |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL? |

DOCKETED JAN 1 4 2005