EXHIBIT G

retired?

A. No.

Q. Did you have any responsibility for responding to inquiries from government agencies on behalf of Sidley & Austin?

A. No.

Q. Did anyone ever tell you that you could not respond to inquiries from a government agency on behalf of Sidley & Austin?

A. No.

MR. HANNAFAN: It's 5:00. We're going to go.

MS. HAMILTON: Well, Mr. Hannafan, I'm not finished.

MR. HANNAFAN: Too bad.

MS. CONWAY: What do you have left? How much time do you have left?

MS. HAMILTON: I do have some other issues that I need to cover. To be honest with you, Mike, I won't go more than seven hours, but I can't tell you exactly how much longer I'm going to go.

MR. CONWAY: Well, I would appreciate it if you would tell me how much you need to cover. You can do it outside the presence of the witness if

Dockets.Justia.com

you want. Then maybe we can try to work something out.

MS. HAMILTON: I'm not unwilling to work with you, but I don't think I'm going to tell you what I need to cover. I'm not being unreasonable. I'm not even asking for more than seven hours. If that was necessary, I certainly would. But at this point I'm just saying I am entitled to cover --

MR. CONWAY: How much time do you think you have left?

MS. HAMILTON: As I said, I really can't say exactly. We have, you know -- I'll keep moving as expeditiously as possible.

MR. HANNAFAN: You've got quite a stack of exhibits. Is there a-seven hour rule or something like that?

MS. HAMILTON: There is.

MR. HANNAFAN: What rule is that?

MS. HAMILTON: I'll get it for you.

MR. HANNAFAN: That's okay.

MS. HAMILTON: It's in the local rules.

MR. HANNAFAN: You get seven hours even if we start at 5:00 in the evening? Is that what you're

telling me? You can go 5:00 until midnight?

MS. ELKIN: You get seven hours with any witness.

MR. HANNAFAN: So if you start at 5:00, you can go till midnight?

MS. ELKIN: No, you just get seven hours total, whether it's over one day, two days, or three days.

THE WITNESS: How many hours have elapsed?

MR. HANNAFAN: Bill, you don't have to say anything.

I told you long ago that we were going to have to leave at 5:00. So if you're not done, that's your problem.

MS. HAMILTON: And I'm saying to you that I'm not finished, but I'm reserving the right to recall the witness if necessary.

MS. ELKIN: If you're going to leave, you can leave. But we're just going to reserve our right for our full seven hours.

MR. HANNAFAN: You can reserve anything you want. I'm not agreeing to it, but you can reserve anything you want.

They want seven hours. What 90 percent

of these documents have to do with their theory, I don't know. But she's going to use another hour, because she wants seven hours, because they say that's what the rule says. So you're going to take seven hours, aren't you? I mean, even if it's a two-hour deposition, you want to take seven hours. I mean, that's the impression I'm getting looking at the stack of documents you have to go through. So, nice meeting you all.

MS. HAMILTON: We'll see you again.

MR. HANNAFAN: Maybe, maybe not. The time is 5:02.

(WHEREUPON, the deposition was adjourned sine die.)