Exhibit 1 filed under seal

Dockets.Justia.com