Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 208 | **DATE** | 4/10/2007 |
| **CASE TITLE** | EEOC vs. SIDLEY AUSTIN | | |

**DOCKET ENTRY TEXT**

Enter agreed order regarding waiver of the attorney-client privilege as to certain communications.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

05C208 EEOC vs. SIDLEY AUSTIN                                                                                     Page 1 of 1