# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Equal Employment Opportunity Commission

                                 Plaintiff,

v.                                                   Case No.: 1:05−cv−00208
                                                                   Hon. James B. Zagel

Sidley Austin Brown & Wood LLP

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 27, 2007:

      MINUTE entry before Judge James B. Zagel :Motion to compel [114] is granted in part and denied in part. Motion to compel [138] is granted in part and denied in part. Motion to compel [142] is granted in part and denied in part. Motion for extension of time to complete discovery [153] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.