IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 05 CV 0208 |
| Plaintiff, | Honorable James B. Zagel |
| v. | Magistrate Martin C. Ashman |
| SIDLEY AUSTIN LLP, | |
| Defendant. | |

## NOTICE OF MOTION

TO: Deborah L. Hamilton / Laurie Elkin / Justin Mulaire
**Equal Employment Opportunity Commission**
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661

PLEASE TAKE NOTICE that on **May 10, 2007**, at 10:15 a.m., we shall appear before the Honorable James B. Zagel in Room 2503 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Agreed Motion To Amend Protective Order Governing Subsequent Employment Information And Documents**.

Dated: May 8, 2007

Respectfully submitted,

SIDLEY AUSTIN LLP


By: /s/ Maile H. Solís
One of Its Attorneys

Gary M. Elden (#0728322)
Maile Solís (#6256696)
Michael S. Gulland (#6283009)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 704-7700
Email: msolis@grippoelden.com

## CERTIFICATE OF SERVICE

I, Maile H. Solís, an attorney, hereby certify that on May 8, 2007, I caused a true and complete copy of the foregoing **Notice of Motion** to be served by Electronic Mail Transmission via ECF as to Filing Users upon the following:

Deborah L. Hamilton (deborah.hamilton@eeoc.gov)
Laurie Elkin (laurie.elkin@eeoc.gov)
Justin Mulaire (justin.mulaire@eeoc.gov)
UNITED STATES EQUAL EMPLOYMENT
  OPPORTUNITY COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661

/s/ Maile H. Solís