## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number: 05 CV 0208

United States Equal Employment Opportunity Commission,
                        Plaintiff,

v.

Sidley Austin LLP,
                        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Sidley Austin LLP

| | |
|---|---|
| NAME (Type or print) <br> Elizabeth S. Elmore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elizabeth S. Elmore | |
| FIRM <br> Grippo & Elden LLC | |
| STREET ADDRESS <br> 111 South Wacker Drive, Suite 5100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282818 | TELEPHONE NUMBER <br> (312) 70-47746 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Elizabeth S. Elmore, an attorney, hereby certify that on **May 16, 2007**, I caused a true and complete copy of the foregoing **APPEARANCE** to be served by Electronic Mail Transmission via ECF as to Filing Users upon the following:

    Deborah L. Hamilton (deborah.hamilton@eeoc.gov)
    Laurie Elkin (laurie.elkin@eeoc.gov)
    Justin Mulaire (justin.mulaire@eeoc.gov)
    UNITED STATES EQUAL EMPLOYMENT
      OPPORTUNITY COMMISSION
    500 West Madison Street
    Suite 2800
    Chicago, Illinois 60661

                                                    /s/ Elizabeth S. Elmore
                                                    Elizabeth S. Elmore