## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Equal Employment Opportunity Commission

                                                Plaintiff,

v.                                                  Case No.: 1:05−cv−00208
                                                         Hon. James B. Zagel

Sidley Austin Brown & Wood LLP

                                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2007:

      MINUTE entry before Judge James B. Zagel :Motion for discovery [100] is stricken; Motion for order [103] is stricken; Motion for protective order [105] is stricken; Motion for protective order [107] is stricken; Motion to compel [115] is stricken; Motion for extension of time to complete discovery [160] is stricken. Motions administratively terminated: Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.