Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 208 | DATE | 10/4/2007 |
| CASE TITLE | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. SIDLEY AUSTIN LLP | | |

**DOCKET ENTRY TEXT**

Enter consent decree.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

05C208 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. SIDLEY AUSTIN LLP    Page 1 of 1

dockets.Justia.com